UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN HARPER, | : | |
| | : | |
| Plaintiff | : | No. 3:15-CV-2318 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| NANCY A. BERRYHILL,[9] Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

# ORDER

**NOW, THIS 29ᵀᴴ DAY OF AUGUST, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Karen Harper disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

                                               **/s/ William J. Nealon**
                                               **United States District Judge**

---

9. Nancy A. Berryhill became the new Acting Commissioner of Social Security on January 23, 2017, and thus replaces Carolyn W. Colvin as the Defendant. See http://blog.ssa.gov/meet-our-new-acting-commissioner/. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).